# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00443-CV

**Austin Pro Nails, Appellant**

**v.**

**Sandra Carlson, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-11-007432, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Austin Pro Nails has filed an unopposed motion to dismiss, indicating that the parties have settled the underlying dispute. We grant Austin Pro Nails's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed on Appellant's Motion

Filed: November 15, 2012